

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ETHEL LOUISE HOBBS,<br>Appellant | CIVIL ACTION<br>NO. CV08-1473-A |
| VERSUS | |
| MICHAEL ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br>Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and that Hobbs' case is REMANDED to the Commissioner of Social Security for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this ____ day of June, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE